**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| South Carolina Electric & Gas Company, | ) | Civil Action No. 3:18-cv-01795-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Comer H. Randall, in his official capacity as | ) | |
| Chairman of the South Carolina Public Service | ) | |
| Commission, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff South Carolina Electric & Gas Company; Defendants Comer H. Randall, Swain E. Whitfield, John E. Howard, Elliott F. Elam, Jr., G. O'Neal Hamilton, and Thomas J. Ervin, in their official capacities as Commissioners of the South Carolina Public Service Commission; Intervenor-Defendant James H. Lucas, in his official capacity as Speaker of the South Carolina House of Representatives; and Intervenor-Defendant Hugh K. Leatherman, Sr., in his official capacity as the President Pro Tempore of the South Carolina Senate, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action without prejudice.

Dated: January 8, 2019                    Respectfully submitted,

s/ John M. Reagle                         s/ Steven J. Pugh

| | |
|---|---|
| John M. Reagle (Fed. ID No. 7723) | Steven J. Pugh (Fed. ID No. 7033) |
| Thomas K. Barlow (Fed. ID No. 7483) | Benjamin P. Carlton (Fed. ID No. 11797) |
| Halligan, Mahoney, Williams, Smith, Fawley | Richardson Plowden & Robinson, P.A. |
| & Reagle, P.A. | 1900 Barnwell Street (29201) |
| Post Office Box 11367 | Post Office Drawer 7788 |
| Columbia, South Carolina 29211-1367 | Columbia, South Carolina 29202 |
| (803) 254-4035 | (803) 771-4400 |
| jreagle@hmlegal.com | spugh@richardsonplowden.com |
| tbarlow@hmlegal.com | bcarlton@richardsonplowden.com |
| | |
| ATTORNEYS FOR DEFENDANTS | and |

s/ Robert E. Tyson, Jr.
Robert E. Tyson, Jr. (Fed. ID No. 7815)
Robert E. Stepp (Fed. ID No. 4302)
Vordman C. Traywick (Fed. ID No. 12483)
Robinson, Gray, Stepp & Laffitte, LLC
1310 Gadsden Street
Columbia, South Carolina 29201
(803) 929-1400
rtyson@robinsongray.com
rstepp@robinsongray.com
ltraywick@robinsongray.com

and

Michael J. Anzelmo (Fed. ID No. 10044)
SC House of Representatives
Office of the Speaker of the House
Post Office Box 11867
Columbia, South Carolina 29211
(803) 734-3125
michaelanzelmo@schouse.gov

ATTORNEYS FOR INTERVENOR-
DEFENDANT JAMES H. LUCAS

s/ Matthew T. Richardson
Matthew T. Richardson (Fed. ID No. 7791)
John C. Moylan, III (Fed. ID No. 5431)
Wyche, P.A.
801 Gervais Street, Suite B
Columbia, South Carolina 29201
(864) 254-6542
mrichardson@wyche.com
jmoylan@wyche.com

and

James E. Cox, Jr. (*pro hac vice*)
Eric B. Amstutz (Fed. ID No. 0942)
Wyche, P.A.
44 East Camperdown Way
Greenville, South Carolina 29601
(864) 241-8201
jcox@wyche.com
eamstutz@wyche.com

ATTORNEYS FOR INTERVENOR-
DEFENDANT HUGH K. LEATHERMAN,
SR.

I.S. Leevy Johnson (Fed. ID No. 2194)
George Craig Johnson (Fed. ID No. 6538)
Johnson, Toal & Battiste, P.A.
Post Office Box 1431
Columbia, South Carolina 29202
(803) 252-9700
islg@jtbpa.com
george@jtbpa.com

and

David L. Balser (*pro hac vice*)
Ashley C. Parrish (*pro hac vice*)
Jonathan R. Chally (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
Julia C. Barrett (*pro hac vice*)
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
(404) 572-4600
dbalser@kslaw.com
aparrish@kslaw.com
jchally@kslaw.com
bkeel@kslaw.com
jbarrett@kslaw.com

ATTORNEYS FOR PLAINTIFF SOUTH
CAROLINA ELECTRIC & GAS COMPANY

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of January, 2019, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

<div style="margin-left: 40%;">

s/ Steven J. Pugh
Steven J. Pugh (Fed. ID No. 7033)
Richardson Plowden & Robinson, P.A.
Post Office Drawer 7788 (29202)
1900 Barnwell Street
Columbia, South Carolina 29201
(803) 771-4400
spugh@richardsonplowden.com

</div>